

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00444-CV

FABIAN THOMAS, Appellant § On Appeal from the 481st District Court

§ of Denton County (24-10979-481)

V.

§ October 16, 2025

BRYSEN WILLIAMS, Appellee § Per Curiam Memorandum Opinion

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM